UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES E. JONES, JR. (#125681)

VERSUS

RICHARD STALDER, ET AL

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 OCT -2  P 2: 14

SIGN _____
BY DEPUTY CLERK

CIVIL ACTION

NO. 07-659-A

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 11, 2007 (doc. 4). Plaintiff has filed an objection (doc. 5) which merely restate legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to 42 U.S.C. § 1997e(e) and 28 U.S.C. § 1915 (e) (2) (B) (ii).

Baton Rouge, Louisiana, October 2, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA